## MARBLE FALLS TEXTILE MILLS CO., Appellant, v. J. L. BARMORE, Appellee. (No. 7298.)

Court of Civil Appeals of Texas. Austin. Jan. 18, 1929.

Rehearing Denied Feb. 6, 1929.

Bartlett, Carter & Rice, of Marlin, for appellant.

E. A. Wallace, of Cameron, for appellee.

McCLENDON, C. J. Appeal from an interlocutory order overruling a plea of privilege seeking to transfer the case to McLennan county, where appellant had its principal office and agency.

The facts and the issues of law in this case are on all fours with those in the Marble Falls Textile Mills Co. v. J. S. Barmore, 13 S.W.(2d) 393, this day affirmed.

The order appealed from is affirmed.

Affirmed.